UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARIO HENDRIQUES ARJUNE,  :

             Plaintiff,  :

        -against-  :

CHRISTOPHER SHANAHAN, et al.,  :

           Defendants.  :
-------------------------------------------------------------x

ORDER

15 Civ. 1551 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On April 7, 2015, the Court granted Petitioner's habeas corpus petition and ordered the Government to provide Petitioner with a bond hearing (Docket # 11).  On June 29, 2015, the Government filed a notice of appeal (Docket # 15).  The Court of Appeals for the Second Circuit has issued a mandate vacating and remanding this case for further consideration in light of the Supreme Court's decisions in Nielsen v. Preap, 139 S. Ct. 954 (2019) and Jennings v. Rodriguez, 138 S. Ct. 830 (2018) (Docket # 17).  Accordingly, IT IS HEREBY ORDERED THAT no later than May 29, 2020, the parties are directed to provide the Court with a statement of the status of this case, including a discussion of how the Supreme Court's decisions impact Petitioner's case.

So Ordered.

Dated: May 8, 2020
      New York, New York

                                  _____
                                  GABRIEL W. GORENSTEIN
                                  United States Magistrate Judge